1  Russell A. Robinson (163937)
   Law Office of Russell A. Robinson
2  345 Grove Street, Level One
   San Francisco CA 94102
3  Telephone:     (415) 861-4416
   Facsimile:     (415) 431-4526
4  rlaw345@gmail.com

5  Counsel for Plaintiff
   **ROBERT BROWN**

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

ROBERT BROWN,                          ) No.     16-CV-4671-DMR
11                                      )
             Plaintiff,                 ) **NOTICE OF PENDING SETTLEMENT**
12                                      )
v.                                      ) Judgment entered:     December 4, 2017
13                                      )
OFFICER BRENT M CADER #704, et al.,     )
14                                      )
             Defendants.                )
15  _____ )

16       TO THE HONORABLE COURT, ALL PARTIES, AND TO COUNSEL OF RECORD:

17       PLEASE TAKE NOTICE that on March 5, 2018, at about 7:30 p.m., the parties hereto,

18  through counsel, settled all outstanding issues in this case.

19

20  Date:   March 6, 2018            _/s/ Russell A. Robinson_
                                     Law Office of Russell A. Robinson
21                                   By:     Russell A. Robinson
                                     Counsel for Plaintiff
22                                   **ROBERT BROWN**

23

24

25

26

27

28

*Brown v. Cader*                                                      J020NOPS
NOTICE OF PENDING SETTLEMENT